IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  No. CR 09-0312 JB

KALVEST GANADONEGRO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Motion for Disclosure of Intent to Offer Prior-Bad-Acts Evidence, filed August 15, 2011 (Doc. 134). The Court held a hearing on August 24, 2011. Defendant Kalvest Ganadonegro asks the Court to order Plaintiff United States of America to disclose any intent it may have to introduce any prior-bad-acts evidence which may violate rule 404(b) of the Federal Rules of Evidence, along with the basis for the proffered admission of this evidence. On August 24, 2011, the United States filed a Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b). See Doc. 140. At the hearing, Ganadonegro represented that he did not need anything more on his motion and that the Court could deny his motion as moot. For these reasons, and for the reasons stated at the hearing on the record, the Court will deny Ganadonegro's motion as moot.

**IT IS ORDERED** that the Motion for Disclosure of Intent to Offer Prior-Bad-Acts Evidence, filed August 15, 2011 (Doc. 134), is denied as moot.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Presiliano Torrez
Jack Burkhead
Jennifer M. Rozzoni
  Assistant United States Attorneys
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Kari Converse
Brian A. Pori
  Assistant Federal Public Defenders
Albuquerque, New Mexico

    *Attorneys for the Defendant*